**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                   Case No. 6:15-bk-01313-CCJ
                                                                              Chapter 13
SANDRA ELIZABETH HAWTHORNE

    Debtor(s)
_____/

## RESPONSE NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

Creditor, DITECH FINANCIAL LLC, (hereinafter, "Creditor") by and through its undersigned attorney, hereby files this Response to Motion for Order Approving Sale (DE #76) ("Motion") and states:

1. Creditor holds a security instrument of Debtor's real property located at 415 ELM DR, CASSELBERRY, FL 32707-5012.

2. The mortgage was recorded at Book 03960 Page 473 of the official records of SEMINOLE County.

3. The Notice further fails to provide for payment to the Creditor's superior mortgage interest from the proceeds of the proposed sale. Creditor is entitled to payment from disposition of this property until its claim is paid in full at which point the funds may be distributed to any junior interests including that of the estate.

4. Creditor objects to the sale unless the Order granting the Motion concurrently provides:

    a. Any money realized from a sale of the subject property will be paid to Creditor in full ahead of other unsecured creditors, upon filing a timely Claim.

    b. The buyer is required to pay property taxes, hazard insurance, and/or homeowner/condo association fees.

PH # 86037

    c.    The Order specifies that Creditor still remains to be a mortgagee to the property.

    d.    The buyer is required to pay for doc stamps.

    e.    The sale is subject a complete payoff. Any short sale is subject to Creditor's approval.

5. Creditor does not object to the proposed sale if the above conditions are met.

6. Creditor reserves the right to supplement this Response.

Date: October 26, 2017

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email:
FLMD.bankruptcy@phelanhallinan.com

PH # 86037

## **PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

SANDRA ELIZABETH HAWTHORNE
260 MOCKINGBIRD LANE
CASSELBERRY, FL 32707

ERIK J WASHINGTON
THE WASHINGTON LAW FIRM, P.A.
535 N. FERN CREEK AVE.
ORLANDO, FL 32803

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL 32790

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FLORIDA 32801

Date:  October 31, 2017          /s/ Stefan Beuge, Esquire
                                 Stefan Beuge, Esq., Florida Bar No. 68234
                                 Phelan Hallinan Diamond & Jones, PLLC
                                 2727 West Cypress Creek Road
                                 Ft. Lauderdale, FL 33309
                                 Tel: 954-462-7000 Ext. 56588
                                 Fax: 954-462-7001
                                 Email:
                                 FLMD.bankruptcy@phelanhallinan.com

PH # 86037